United States District Court
Southern District of Texas
**ENTERED**
August 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:22-CR-74-002 |
| § | |
| NAYDELEN DALAY POMPA § | |
| § | |
| Defendant. § | |

**MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL**

A show cause hearing was held today in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f) and 18 U.S.C. § 3148. Defendant was previously granted a bond after a detention hearing was held on January 27, 2022. A petition for action on pretrial release was filed on July 27, 2022 with the Court alleging that Defendant violated conditions 7(a), 7(m), and 7(n) of her bond conditions. The specific allegation are detailed in the petition. (D.E. 67). Defendant pled true to the allegations at the hearing today. The government, therefore, proffered the testimony of the U.S. Probation Officer as outlined in the petition before the Court.

The following requires detention of the defendant pending trial in this case:

(1) There is probable cause to believe that Defendant committed another Federal, State, or local offense while on release;

(2) There is clear and convincing evidence that the Defendant has violated the condition of release; and

(3) Defendant is unlikely to abide by any condition or combination of conditions of release.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED on August 8, 2022.

_____
Julie K. Hampton
United States Magistrate Judge